**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bradford HALVORSEN, Defendant–**
**Appellant.**

**No. 08–30028.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 18, 2008.

Filed Dec. 1, 2008.

Edward Eric Zink, Esquire, Special Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David Merchant, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, B. FLETCHER and RAWLINSON, Circuit Judges.

**MEMORANDUM***

On de novo review, we conclude that the probation officers had reasonable suspicion

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ting by designation.

to conduct the search, which was all that Halvorsen's probation conditions required. The district court properly denied Halvorsen's motion to suppress. *See United States v. Knights,* 534 U.S. 112, 121, 122 S.Ct. 587, 151 L.Ed.2d 497 (2001); *United States v. Stokes,* 292 F.3d 964, 967 (9th Cir.2002).

**AFFIRMED.**